1  VINCENT CASTILLO, State Bar No. 209298
   vcastillo@aghwlaw.com
2  ALEXEI N. OFFILL-KLEIN, State Bar No. 288448
   aklein@aghwlaw.com
3  ALLEN, GLAESSNER, HAZELWOOD & WERTH, LLP
   180 Montgomery Street, Suite 1200
4  San Francisco, CA  94104
   Telephone:     (415) 697-2000
5  Facsimile:     (415) 813-2045

6  Attorneys for Defendants
   UNION PACIFIC RAILROAD COMPANY and
7  NATIONAL RAILROAD PASSENGER CORPORATION
   dba AMTRAK
8

9              UNITED STATES DISTRICT COURT

10             NORTHERN DISTRICT OF CALIFORNIA

11                  SAN FRANCISCO DIVISION

| | |
|---|---|
| 12  ANTHONY LEWIS, JR., | Case No. 19-cv-05263-SBA |
| 13              Plaintiff, | **NOTICE OF SETTLEMENT AND STIPULATION AND ORDER AS MODIFIED TO VACATE TRIAL AND PRETRIAL DATES** |
| 14       v. | |
| 15  UNION PACIFIC RAILROAD COMPANY, a corporation; NATIONAL PASSENGER RAILROAD CORPORATION dba AMTRAK, a corporation; ABASI DELLEY, an individual; and DOES 1 through 100, | Hon. Saundra B. Armstrong |
| 16 | |
| 17 | Trial:    May 16, 2022 |
| 18              Defendants. | |
| 19 | |
| 20  UNION PACIFIC RAILROAD COMPANY and NATIONAL RAILROAD PASSENGER CORPORATION dba AMTRAK, | |
| 21 | |
| 22 | |
| 23              Cross-Claimant, | |
| 24       v. | |
| 25  ABASI DELLEY, an individual; and ROES 1-5, inclusive, | |
| 26              Cross-Defendants. | |

27

28

ALLEN, GLAESSNER, HAZELWOOD & WERTH, LLP
180 Montgomery Street, Suite 1200
San Francisco, California 94104

**TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that Plaintiff and Defendants Amtrak and Union Pacific have reached a settlement. The parties anticipate filing a stipulation of dismissal within 30-45 days. In light of the settlement, the parties request that all trial and pre-trial dates be vacated, including the pre-trial conference (scheduled for April 13, 2022), the hearing on defendants' motion to exclude plaintiff's damages claims (also scheduled for April 13, 2022), the hearing on defendants' motion to strike plaintiff's untimely disclosures (scheduled for May 11, 2022), and the trial date (scheduled for May 16, 2022).

**IT IS SO STIPULATED.**

Dated:  April 5, 2022                    SCRANTON LAW FIRM

                                         By:  */s/ John Mejia*
                                             John V. Mejia
                                             Attorneys for Plaintiff
                                             ANTHONY LEWIS, JR

Dated:  April 5, 2022                    ALLEN, GLAESSNER,
                                         HAZELWOOD & WERTH, LLP

                                         By:  */s/ Alexei Offill-Klein*
                                             VINCENT CASTILLO
                                             ALEXEI N. OFFILL-KLEIN
                                             Attorneys for Defendants
                                             UNION PACIFIC RAILROAD COMPANY
                                             and NATIONAL RAILROAD PASSENGER
                                             CORPORATION dba AMTRAK

1  **Parties to file a stipulation of dismissal by May 20, 2022. PURSUANT TO STIPULATION, IT IS SO ORDERED as modified.**

3  DATED:  April 14, 2022                     By: _*Saundra B Armstrong*_  RS
RICHARD SEEBORG FOR SAUNDRA B. ARMSTRONG
U.S. DISTRICT JUDGE

ALLEN, GLAESSNER, HAZELWOOD & WERTH, LLP
180 Montgomery Street, Suite 1200
San Francisco, California 94104

2    NOTICE OF SETTLEMENT AND STIP AND ORDER AS MODIFIED TO VACATE
CASE NO. 19-CV-05263-SBA

506008.1