UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| ANTHONY LEWIS, JR.,<br><br>    Plaintiff,<br><br>vs.<br><br>UNION PACIFIC RAILROAD COMPANY, a corporation, et al.,<br><br>    Defendants. | Case No:  19-cv-05263 SBA<br><br>**CONDITIONAL DISMISSAL ORDER** |

    Having received notice of the settlement of this action, see Dkt. 102, and it appearing that no issue remains for the Court's determination,

    IT IS HEREBY ORDERED THAT this action and all claims asserted herein are DISMISSED.  In the event that the settlement is not realized, any party may move to reopen the case and trial will be set, provided such motion is filed within thirty (30) days of the date this Order is filed.

    IT IS SO ORDERED.

Dated: 6/16/2022

                                                                                                 RS
Richard Seeborg for Saundra B. Armstrong
United States District Judge